**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| AMY G. DENERO, )<br>    )<br>         Plaintiff,   )<br>    )<br>         v.        )<br>    )<br>PALM HORIZONS MANAGEMENT, INC. )<br>d/b/a CATERED TO VACATION HOMES,)<br>and J-MACKS PROPERTIES, LLC    )<br>    )<br>         Defendants.  )<br>_____ ) | Civil No. 2013-73 |

ATTORNEYS:

**Karin A. Bentz, Esq.**
Law Offices of Karin Bentz, P.C.
St. Thomas, VI
     *For Amy G. Denero,*

**Mark Wilczynski**
**Nicholas Jon Pompeo**
Law Office of Mark Wilczynski
St. Thomas, VI
     *For J-Macks Properties, LLC,*

**Charles S. Russell**
Moore, Dodson, and Russell
St. Thomas, VI
     *For Palm Horizons Management, Inc.*

## ORDER[1]

**GÓMEZ, J.**

Before the Court is the motion of Palm Horizons Management,

Inc. and J-Macks Properties, LLC to exclude the expert testimony

of Carl J. Abraham.

---

[1] The Court will issue a memorandum opinion outlining its reasons at a later
date.

*Denero v. J-Macks*
Civil No. 2013-73
Page 2

Rule 702 of the Federal Rules of Evidence governs the

testimony of expert witnesses. That rules states:

> If scientific, technical, or other specialized
> knowledge will assist the trier of fact to
> understand the evidence or to determine a fact
> in issue, a witness qualified as an expert by
> knowledge, skill, experience, training, or
> education, may testify thereto in the form of
> an opinion or otherwise, if (1) the testimony
> is based upon sufficient facts or data, (2)
> the testimony is the product of reliable
> principles and methods, and (3) the witness
> has applied the principles and methods
> reliably to the facts of the case.

In *Daubert v. Merrell Dow Pharm., Inc.,* 509 U.S. 579, 593–

94 (1993), the Supreme Court explained the trial judge's

"gatekeeper function" in assessing the reliability and relevance

of expert testimony and identified factors a trial judge should

consider when faced with a pre-trial evaluation of expert

testimony.  The *Daubert* Court explained:

> The inquiry envisioned by Rule 702 is, we
> emphasize, a flexible one. Its overarching
> subject is the scientific validity and thus
> the evidentiary relevance and reliability—of
> the principles that underlie a proposed
> submission. The focus, of course, must be
> solely *on principles and methodology,* not on
> the conclusions that they generate.

*Id.* at 594–95 (emphasis added).

*Denero v. J-Macks*
Civil No. 2013-73
Page 3

The premises considered, it is hereby

**ORDERED** that the motion to exclude the expert testimony of

Carl J. Abraham is **GRANTED**

S\_____

**Curtis V. Gómez**
**District Judge**